**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
Joseph Kouri         (State Bar No. 133804)
Benjamin Davidson    (State Bar No. 241859)
707 Wilshire Boulevard, Suite 4300
Los Angeles, California 90017
Telephone:    (213) 489-5511
Facsimile:    (213) 489-5522
email: jkouri@kdvglaw.com

Attorneys for Plaintiff
PERDANA CAPITAL (LABUAN) INC.
A Malaysian Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD AKRAM CHOWDRY, an individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, a California Limited Liability Company; and DOES 1-50,<br><br>Defendants. | Case No.: CV-09-1479 PJH<br><br>Assigned to Hon. Phyllis J. Hamilton<br><br>**STIPULATION TO CONTINUE JULY 16, 2009 INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:    September 10, 2009<br>Time:    2:30 p.m.<br>Dept.:   Courtroom 3, 17th Floor |

**WHEREAS**, there is currently an Initial Case Management Conference scheduled for July 16, 2009 pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines;

**WHEREAS**, the hearing on Defendants' Motion to Dismiss is scheduled for July 29, 2009, at 9:00 a.m. in Courtroom 5 of the Northern District;

**WHEREAS**, pursuant to Local Rule 16-2(d), a party may seek relief from the Case Management Schedule upon a motion that (1) describes the circumstances which support the request; (2) affirms that counsel for the moving party has conferred with all other counsel in an effort to reach agreement about the matter and reports whether the other counsel supports or opposes the request for relief; (3) is accompanied by a proposed revised case management schedule; and (4) indicates any changes required in the ADR process or schedule in the case;

**WHEREAS**, the parties agree that good cause exists to reschedule the Initial CMC and the associated Case Schedule until such time that the Court has heard and ruled on Defendants' Motion to Dismiss and the parties have an opportunity to act in accordance with such ruling;

**WHEREAS**, the parties agree that compliance with Rule 26(f), the completion of initial disclosures, and decisions regarding the ADR process should not be conducted until the pleadings are set and the case is at issue;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the undersigned parties as follows:

1. The hearing date for the Initial Case Management Conference shall be scheduled for **Thursday, September 10, 2009**, at 2:30 p.m., in Courtroom 3, 17th Floor of the Northern District;

2. The last day for parties to (a) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (b) file ADR Certification signed by Parties and Counsel; and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **Thursday, August 20, 2009**;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.     The last day for parties to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement shall be **Thursday, September 3, 2009.**

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 24, 2009           KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: /s/ Joseph Kouri
Joseph Kouri
Attorneys for Plaintiff
PERDANA CAPITAL (LABUAN) INC.
A Malaysian Corporation

Respectfully submitted,

DATED: June 24, 2009           LAW OFFICES OF MICHAEL Q. EAGAN

By: /s/ Michael Q. Eagan
Michael Q. Eagan
Attorneys for Defendants
MOHAMMAD AKRAM CHOWDRY, HI-TECH VENTURE PARTNERS, LLC; and HI-TECH ASSOCIATES

I, Joseph Kouri, am the ECF User whose ID and password are being used to file this ADR Certfication by Parties and Counsel.  In compliance with General Order 45, X.B., I hereby attest that Michael Q. Eagan has concurred in this filing.

DATED: June 24, 2009           By: /s/ Joseph Kouri
Joseph Kouri (State Bar No. 133804)
jkouri@kdvglaw.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: June __25__, 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
    The Honorable



Judge Phyllis J. Hamilton