**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
Joseph Kouri (State Bar No. 133804)
Benjamin Davidson (State Bar No. 241859)
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0079
email: jkouri@kdvglaw.com

Attorneys for Plaintiff
PERDANA CAPITAL (LABUAN) INC.
A Malaysian Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MOHAMMAD AKRAM CHOWDRY, an individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, a California Limited Liability Company; and DOES 1-50,<br><br>        Defendants. | Case No.: CV-09-1479 PJH<br><br>Assigned to Hon. Phyllis J. Hamilton<br><br>**STIPULATION TO CONTINUE DEADLINES FOR FILING FIRST AMENDED COMPLAINT AND RESPONSE THERETO**<br><br>Date:    July 29, 2009<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 5 |

**WHEREAS,** on July 29, 2009, the Defendants' Motion to Dismiss for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) or in the Alternative, for a More Definite Statement (Fed. R. Civ. P. 12(e)), and for Failure to Join a Required Party (Fed. R. Civ. P. 12(b)(7)) came before the Court, the Honorable Phyllis J. Hamilton presiding;

**WHEREAS,** the Court granted in part and denied in part Defendants' motions, as set forth in the Minutes and in the transcript of the proceedings;

1   **WHEREAS**, the Court granted Plaintiff leave to amend the complaint, and ordered that

2   any amended complaint be filed no later than August 10, 2009;

3   **WHEREAS**, the Court further ordered that Defendants must file their response to any

4   amended complaint no later than August 31, 2009;

5   **WHEREAS**, pursuant to Northern District Local Rule 6-2(a), "[t]he parties may file a

6   stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect

7   the date of an event or deadline already fixed by Court order, or that would accelerate or extend

8   time frames set in the Local Rules or in the Federal Rules";

9   **WHEREAS**, Plaintiff's counsel requires additional time to file its First Amended

10  Complaint due to the time difference between the United States and Malaysia, where Plaintiff's

11  representatives are presently located, certain language barriers, and the travel schedule of

12  Plaintiff's representatives;

13  **WHEREAS**, Plaintiff's representatives have informed Plaintiff's counsel that they will

14  be unable to review the present draft of the First Amended Complaint until Monday, August 10,

15  2009, and therefore Plaintiff's counsel will require until Wednesday, August 12, 2009 to file the

16  First Amended Complaint;

17  **WHEREAS**, in exchange for providing two additional days in which to file the First

18  Amended Complaint, Plaintiff has agreed to provide Defendants with two additional days in which

19  to file their response to the First Amended Complaint, i.e., by Wednesday, September 2, 2009;

20  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the

21  undersigned parties as follows:

22  1.      The First Amended Complaint shall be served and filed no later than **Wednesday,**

23  **August 12, 2009** (rather than August 10, 2009); and

24  2.      Defendants' response to the First Amended Complaint shall be served and filed

25  no later than **Wednesday, September 2, 2009** (rather than August 31, 2009);

26  3.      There will be no other changes to existing court-ordered deadlines and

27  appearances.

28

- 2 -
STIPULATION TO CONTINUE DEADLINES FOR FILING FIRST AMENDED
COMPLAINT AND RESPONSE THERETO
Case No.: CV-09-1479 PJH

1

**IT IS SO STIPULATED.**

2
Respectfully submitted,

3
DATED: August 6, 2009     KAUFMAN DOLOWICH VOLUCK & GONZO LLP

4
By: ___/s/ Joseph Kouri_____

5
Joseph Kouri
Attorneys for Plaintiff

6
PERDANA CAPITAL (LABUAN) INC.

7
A Malaysian Corporation

8

9
Respectfully submitted,

10
DATED: August 6, 2009     LAW OFFICES OF MICHAEL Q. EAGAN

11
By:_____

12
Michael Q. Eagan
Attorneys for Defendants

13
MOHAMMAD AKRAM CHOWDRY, HI-TECH

14
VENTURE PARTNERS, LLC; and HI-TECH
ASSOCIATES

15

16
    I, Joseph Kouri, am the ECF User whose ID and password are being used to file this

17
ADR Certfication by Parties and Counsel. In compliance with General Order 45, X.B., I hereby

18
attest that Michael Q. Eagan has concurred in this filing.

19

20
DATED: August 6, 2009     By: ___/s/ Joseph Kouri_____

21
Joseph Kouri (State Bar No. 133804)
jkouri@kdvglaw.com

22

23
**PURSUANT TO STIPULATION, IT IS SO ORDERED**

24

25
DATED: August ___, 2009     UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

26

27
By:_____

28
The Honorable Phyllis J. Hamilton

- 3 -
STIPULATION TO CONTINUE DEADLINES FOR FILING FIRST AMENDED
COMPLAINT AND RESPONSE THERETO
Case No.: CV-09-1479 PJH

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 6, 2009          KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By:  /s/ Joseph Kouri

Joseph Kouri
Attorneys for Plaintiff
PERDANA CAPITAL (LABUAN) INC.
A Malaysian Corporation


Respectfully submitted,

DATED: August 6, 2009          LAW OFFICES OF MICHAEL Q. EAGAN

By:  Michael Eagan /mec

Michael Q. Eagan
Attorneys for Defendants
MOHAMMAD AKRAM CHOWDRY, HI-TECH
VENTURE PARTNERS, LLC; and HI-TECH
ASSOCIATES

I, Joseph Kouri, am the ECF User whose ID and password are being used to file this
ADR Certification by Parties and Counsel.  In compliance with General Order 45, X.B., I hereby
attest that Michael Q. Eagan has concurred in this filing.

DATED:  August 6, 2009          By:  /s/ Joseph Kouri

Joseph Kouri (State Bar No. 133804)
jkouri@kdvglaw.com


PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: August 10, 2009          UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA

By:
The Honorable Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 3 -

STIPULATION TO CONTINUE DEADLINES FOR AMENDED
COMPLAINT AND RESPONSE THERETO
Case No.: CV-09-1479 PJH