**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
Joseph Kouri (State Bar No. 133804)
Benjamin Davidson (State Bar No. 241859)
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0079
email: jkouri@kdvglaw.com

Attorneys for Plaintiff
PERDANA CAPITAL (LABUAN) INC.
A Malaysian Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD AKRAM CHOWDRY, an individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, a California Limited Liability Company; and DOES 1-50,<br><br>Defendants. | Case No.: CV-09-1479 PJH<br><br>Assigned to Hon. Phyllis J. Hamilton<br><br>**STIPULATION TO CONTINUE SEPTEMBER 10, 2009 INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:   November 5, 2009<br>Time:   2:30 p.m.<br>Dept.:  Courtroom 3, 17th Floor |

**WHEREAS**, the Initial Case Management Conference in this matter is currently scheduled for September 10, 2009 at 2:30 p.m. in Courtroom 3 of the Northern District of California, pursuant to the Stipulation to Continue July 16, 2009 Initial Case Management Conference and Related Dates, signed by the Court on June 25, 2009;

**WHEREAS**, the current case management schedule requires the Parties to file their Rule 26(f) Report, complete their initial disclosures, and file a Joint Case Management Conference Statement no later than September 3, 2009;

-1-
STIPULATION TO CONTINUE SEPTEMBER 10, 2009 INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES
Case No.: CV-09-1479 PJH

KDVG, LLP

1  **WHEREAS**, the Parties are scheduled to participate in an ADR Phone Conference on September 3, 2009, at 10:00 a.m. pursuant to the Notice of Need for ADR Phone Conference filed on August 20, 2009;

**WHEREAS**, pursuant to Local Rule 16-2(d), a party may seek relief from the Case Management Schedule upon a motion that (1) describes the circumstances which support the request; (2) affirms that counsel for the moving party has conferred with all other counsel in an effort to reach agreement about the matter and reports whether the other counsel supports or opposes the request for relief; (3) is accompanied by a proposed revised case management schedule; and (4) indicates any changes required in the ADR process or schedule in the case;

**WHEREAS**, the Parties have been working cooperatively in efforts they hope may facilitate resolution of this matter;

**WHEREAS**, notwithstanding such efforts, the Parties also require additional time to gather documents and identify potential witnesses, and, as to Plaintiff, calculate its damages in compliance with the disclosure requirements of Rule 26(a);

**WHEREAS**, it is the Parties' understanding that the Court will be dark for the first three weeks of October 2009 and that the next available date for the Initial Case Management Conference is Thursday, November 5, 2009;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the undersigned Parties, as follows:

1. That the hearing date for the Initial Case Management Conference shall be scheduled for **Thursday, November 5, 2009**, at 2:30 p.m., in Courtroom 3, 17th Floor of the Northern District;

2. That the last day for Parties to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file their Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement shall be **Thursday, October 29, 2009**;

-2-
STIPULATION TO CONTINUE SEPTEMBER 10, 2009 INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DATES
Case No.: CV-09-1479 PJH

KDVG, LLP

3. That should the Court execute this Stipulation, defendants in this matter will contact the ADR Office of the Northern District and inform the ADR Office that the September 3, 2009 phone conference should be rescheduled for a future date in accordance with the revised Case Management Conference schedule.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 28, 2009         KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: /s/ Joseph Kouri
Joseph Kouri
Attorneys for Plaintiff
PERDANA CAPITAL (LABUAN) INC.
A Malaysian Corporation


Respectfully submitted,

DATED: August 28, 2009         LAW OFFICES OF MICHAEL Q. EAGAN

By: Michael Q Eagan /MQE.
Michael Q. Eagan
Attorneys for Defendants
MOHAMMAD AKRAM CHOWDRY, HI-TECH VENTURE PARTNERS, LLC; and HI-TECH ASSOCIATES

I, Joseph Kouri, am the ECF User whose ID and password are being used to file this ADR Certification by Parties and Counsel. In compliance with General Order 45, X.B., I hereby attest that Michael Q. Eagan has concurred in this filing.

DATED: August 28, 2009         By: /s/ Joseph Kouri
Joseph Kouri (State Bar No. 133804)
jkouri@kdvglaw.com

///

///

-3-
STIPULATION TO CONTINUE SEPTEMBER 10, 2009 INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES
Case No.: CV-09-1479 PJH

KDVG, LLP

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: August 31, 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-4-

STIPULATION TO CONTINUE SEPTEMBER 10, 2009 INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DATES
Case No.: CV-09-1479 PJH

KDVG, LLP