**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
Joseph Kouri (State Bar No. 133804)
351 California Street, Suite 500
San Francisco, CA 94104
Telephone:  (415) 402-0059
Facsimile:   (415) 402-0079
email: jkouri@kdvglaw.com

Attorneys for Plaintiff
PERDANA CAPITAL (LABUAN) INC.
A Malaysian Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>MOHAMMAD AKRAM CHOWDRY, an individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, a California Limited Liability Company; and DOES 1-50,<br><br>              Defendants. | Case No.: CV-09-1479 PJH<br><br>Assigned to Hon. Phyllis J. Hamilton<br><br>**STIPULATION TO CONTINUE NOVEMBER 5, 2009 CASE MANAGEMENT CONFERENCE AND RELATED DATES** AND ORDER MODIFYING DATE<br>Date:   November 5, 2009<br>Time:   2:30 p.m.<br>Dept.:   Courtroom 3, 17th Floor |

**WHEREAS**, the Case Management Conference in this matter is currently scheduled for November 5, 2009 at 2:30 p.m. in Courtroom 3 of the Northern District of California, pursuant to the Stipulation to Continue September 10, 2009 Case Management Conference and Related Dates, signed by the Court on August 31, 2009;

**WHEREAS**, the current case management schedule requires the Parties to file their Rule 26(f) Report, complete their initial disclosures, and file a Joint Case Management Conference Statement no later than October 29, 2009;

-1-
STIPULATION TO CONTINUE NOVEMBER 5, 2009 CASE MANAGEMENT
CONFERENCE AND RELATED DATES
Case No.: CV-09-1479 PJH

*KDVG , LLP*

1    **WHEREAS**, pursuant to Local Rule 16-2(d), a party may seek relief from the Case
2    Management Schedule upon a motion that (1) describes the circumstances which support the
3    request; (2) affirms that counsel for the moving party has conferred with all other counsel in an
4    effort to reach agreement about the matter and reports whether the other counsel supports or
5    opposes the request for relief; (3) is accompanied by a proposed revised case management
6    schedule; and (4) indicates any changes required in the ADR process or schedule in the case;

7    **WHEREAS**, the Parties have been working cooperatively in efforts they hope may
8    facilitate resolution of this matter;

9    **WHEREAS**, Plaintiff's counsel is unable to appear at the November 5, 2009 Case
10   Management Conference, or otherwise comply with the case management schedule because his
11   cardiologist has scheduled him for an angiogram/angioplasty that morning and it is essential that
12   he undergoes the procedure at this time.

13   **WHEREAS**, the Parties agree to "meet and confer" no later than November 18, 2009
14   regarding initial disclosures, early settlement, ADR process selection, and discovery plan;

15   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the
16   undersigned Parties, as follows:

17       1.   That the hearing date for the Initial Case Management Conference shall be
18   scheduled for **~~Wednesday~~ Thursday, December ~~2~~ 3, 2009**, at ~~2:30~~ 2:00 p.m., in Courtroom 3, 17th Floor of the
19   Northern District;

20       2.   That the last day for Parties to file the Rule 26(f) Report, complete initial
21   disclosures or state objection in Rule 26(f) Report, and file their Case Management Statement per
22   the Court's Standing Order re Contents of Joint Case Management Statement shall be
23   **Wednesday, November 25, 2009**;
24   ///
25   ///
26   ///
27   ///
28

-2-
STIPULATION TO CONTINUE NOVEMBER 5, 2009 CASE MANAGEMENT
CONFERENCE AND RELATED DATES
Case No.: CV-09-1479 PJH

*KDVG , LLP*

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 3, 2009    KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: /s/ Joseph Kouri
Joseph Kouri
Attorneys for Plaintiff
PERDANA CAPITAL (LABUAN) INC.
A Malaysian Corporation

Respectfully submitted,

DATED: November 3, 2009    LAW OFFICES OF MICHAEL Q. EAGAN

By: /s/ Thomas Manulkin
Thomas Manulkin
Attorneys for Defendants
MOHAMMAD AKRAM CHOWDRY, HI-TECH VENTURE PARTNERS, LLC; and HI-TECH ASSOCIATES

I, Joseph Kouri, am the ECF User whose ID and password are being used to file this ADR Certification by Parties and Counsel. In compliance with General Order 45, X.B., I hereby attest that Thomas Manulkin has concurred in this filing.

DATED: November 3, 2009    By: /s/ Joseph Kouri
Joseph Kouri (State Bar No. 133804)
jkouri@kdvglaw.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: November 4, 2009    UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

-3-
STIPULATION TO CONTINUE NOVEMBER 5, 2009 CASE MANAGEMENT CONFERENCE AND RELATED DATES
Case No.: CV-09-1479 PJH

*KDVG, LLP*