*E-Filed 04/05/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian Corporation,<br><br>         Plaintiff,<br>   v.<br><br>MOHAMMAD AKRAM CHOWDRY, an individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, a California Limited Liability Company; and DOES 1-50,<br><br>         Defendants.<br>_____/ | No. C 09-01479 RS<br><br>**ORDER CONTINUING MOTION HEARING** |

The parties request a continuance of the hearing on plaintiff's motion for appointment of a provisional receiver, in order to complete mediation. Good cause appearing, it is therefore ordered that the motion will be continued from May 6, 2010, to **June 24, 2010, at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, San Francisco, California.

IT IS SO ORDERED.

Dated: 04/05/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-01479
ORDER