*E-Filed 9/28/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian Corporation,<br><br>    Plaintiff,<br>  v.<br><br>MOHAMMAD AKRAM CHOWDRY, an individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, LLC, a California Limited Liability Company; and DOES 1-50,<br><br>    Defendants.<br>_____/ | No. CV 09-01479 RS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF** |

The Court has received plaintiff's *ex parte* application for an order extending non-expert discovery cut-off for thirty days, which the Court treated as an administrative motion pursuant to Local Civil Rule 7-11 and to which defendants responded on September 27, 2010. After consideration of the papers, and good cause found, the Court extends the date for non-expert discovery, now set for October 6, 2010, to **November 4, 2010**. In addition, a Case Management Conference will be held on **November 4, 2010** at **10:00 a.m.** in Courtroom 3 on the 17th Floor of

NO. C -09-01479 RS
ORDER

the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall submit a Joint Case Management Statement no later than **October 28, 2010**.

IT IS SO ORDERED.

Dated: September 28, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

NO. C 09-01479 RS
ORDER