*E-Filed 10/13/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian Corporation,<br><br>                        Plaintiff,<br>      v.<br><br>MOHAMMAD AKRAM CHOWDRY, an individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, LLC, a California Limited Liability Company; and DOES 1-50,<br><br>                        Defendants.<br>_____/ | No. CV 09-01479 RS<br><br>**ORDER REGARDING NON-EXPERT DISCOVERY CUT-OFF AND SCHEDULING** |

The Court previously granted plaintiff's "*ex parte*" application for an order extending non-expert discovery, and set the cut-off date for non-expert discovery to November, 4, 2010, the same date on which the Court set a Case Management Conference. The Court has now received plaintiff's "*ex parte*" application for a further extension of the discovery cut-off date, which it treats as an administrative motion pursuant to Local Civil Rule 7-11. Defendants do not oppose plaintiff's request, but have asked that the current pre-trial schedule set by Judge Hamilton on December 7, 2009 be vacated and new dates set. The Court now rules as follows:

1. The cut-off for non-expert discovery shall be extended until November 19, 2010.

2. The Case Management Conference remains set for **November 4, 2010** at **10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall submit a Joint Case Management Statement no later than **October 28, 2010**.

3. All other scheduling matters will be addressed at the Case Management Conference on November 4, 2010.

IT IS SO ORDERED.

Dated: October 13, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-01479 RS
ORDER

2