1 | Michael Q. Eagan (CA #63479)
2 | Thomas H. Manulkin (CA #229630)
  | LAW OFFICES OF MICHAEL Q. EAGAN
3 | Three Embarcadero Center
  | Eighth Floor
  | San Francisco, California 94111
4 | Telephone: (415) 765-4600
  | Fax: (415) 765-4659

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian Corporation, | CASE NO. CV 09-01479 RS (JL) |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON DISCOVERY DISPUTES** |
| v. | Date: October 27, 2010 |
| MOHAMMAD AKRAM CHOWDRY, an Individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, LLC, a California Limited Liability Company; and DOES 1-50, | Time: 9:30 a.m.
Dept.: Courtroom F, 15th Floor
Judge: Magistrate Judge James Larson |
| Defendants. | |

**WHEREAS,** there is currently a hearing on discovery disputes scheduled for Wednesday, October 27, 2010 at 9:30 a.m. before this Court;

**WHEREAS**, after meet and confer, the parties *agreed* to the following schedule with respect to the party and party affiliated witness depositions:

- Mohammad Hazani bin Hassan: Monday, November 8, 2010;
- Dato' Ramli Abbas: Tuesday, November 9, 2010;
- Plaintiff Perdana Capital: Wednesday, November 10, 2010;
- Shahril Anwar Mohd Yunos: Friday, November 12, 2010;
- Defendant Mohammad Akram Chowdry: Tuesday, November 16, 2010;
- Defendant Hi-Tech Venture Partners, LLC: Wednesday, November 17, 2010;
- Defendant Hi-Tech Associates, LLC: Thursday, November 18, 2010;

**WHEREAS**, after meet and confer, the parties have agreed to complete their document productions by Monday, November 1, 2010;

**WHEREAS**, the parties will continue to meet and confer to attempt to informally resolve any remaining discovery issues;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the undersigned parties that the hearing on discovery disputes shall be continued to **Wednesday, November 3, 2010 at 9:30 a.m.** before Magistrate Judge James Larson in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

//
//
//
//
//
//
//

**IT IS SO STIPULATED.**

DATED: October 26, 2010          Respectfully submitted,

LAW OFFICES OF MICHAEL Q. EAGAN

By:     /s/ Thomas H. Manulkin

Attorneys for Defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates, LLC

DATED: October 26, 2010          Respectfully submitted,

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By:     /s/ Micah D. Fargey

Attorneys for Plaintiff Perdana Capital (Labaun), Inc.

I, Thomas H. Manulkin, of the Law Offices of Michael Q. Eagan, whose ID and password are being used to file this Stipulation, hereby, attest, in accordance with General Order 45, X(B), that Micah D. Fargey of Kaufman Dolowich Voluck & Gonzo, LLP, has concurred in this filing.

DATED: October 26, 2010          LAW OFFICES OF MICHAEL Q. EAGAN

By:     /s/ Thomas H. Manulkin

Attorneys for Defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October  27 , 2010

_____
JAMES LARSON
United States Magistrate Judge

-3-
CASE NO. CV 09-01479 RS (JL)
**STIPULATION TO CONTINUE HEARING ON DISCOVERY DISPUTES**