# Joe Kouri

| | |
|---|---|
| From: | Kathleen_Campbell@cand.uscourts.gov |
| Sent: | Monday, November 01, 2010 2:22 PM |
| To: | Joe Kouri |
| Cc: | Tom Manulkin |
| Subject: | Re: Discovery Conference on November 3, 2010 |

Thank you for your e-mail, counsel - could you please e-file, record?

Thank you!

*IT IS SO ORDERED*
*[signature] Judge James Larson*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| From: | Joe Kouri <JKouri@kdvglaw.com> |
| To: | "Kathleen_Campbell@cand.uscourts.gov" <Kathleen_Campbell@cand.uscourts.gov> |
| Cc: | Tom Manulkin <tmanulkin@lomqe.com> |
| Date: | 11/01/2010 02:03 PM |
| Subject: | Discovery Conference on November 3, 2010 |

Dear Ms. Campbell:

I represent Perdana Capital, plaintiff in a case styled "Perdana Capital v. Mohammad Akram Chowdry, Hi-Tech Venture Partners and Hi-Tech Associates," Case No. CV-09-1479 RS (JL). We had scheduled a Discovery Conference with Judge Larson to deal with outstanding discovery issues. The date of the hearing was October 27, 2010. Unfortunately, while in Los Angeles, I was hospitalized with a bad case of Congestive Heart Failure (CHF). The Conference was then postponed until November 3.

Although I was discharged on Friday, October 29, I am still symptomatic, mostly shortness of breath issues. My doctor has advised against traveling until the CHF is cleared up, hopefully by the end of the week. I would still like the Conference to continue as scheduled on November 3 because of the important issues to be addressed. I am therefore requesting permission to attend by telephone. My associate Micah Fargey recently had a child and is on leave of absence, and my partners Stephen Caine and Wendell Hall cannot appear because of prior commitments.

I would appreciate Judge Larson's consideration. My office number in Los Angeles is 310-775-6511.

Thank you.

Sincerely,

Joseph Kouri, Esq.
Kaufman Dolowich Voluck & Gonzo LLP
351 California Street, Suite 500
San Francisco, California  94104
T:     415-402-0059
F:     415-402-0079
Direct:  415-283-9121
jkouri@kdvglaw.com

1

www.kdvglaw.com

New York, New Jersey, Pennsylvania, San Francisco and Los Angeles

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender at jkouri@kdvglaw.com.
P Do you really need to print this email? In our efforts to go green, please consider the environment before printing.