1  Michael Q. Eagan (CA #63479)
   Thomas H. Manulkin (CA #229630)
2  LAW OFFICES OF MICHAEL Q. EAGAN
   Three Embarcadero Center
3  Eighth Floor
   San Francisco, California  94111
4  Telephone:      (415) 765-4600
   Fax:            (415)765-4659
5  E-mail:         mqe@lomqe.com

6  Attorneys for Defendants

7

8                  UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  PERDANA CAPITAL (LABUAN) INC., a          )   CASE NO. CV 09-01479 RS
    Malaysian Corporation,                    )
12                                            )   Assigned to Hon. Richard Seeborg
                           Plaintiff,         )
13                                            )   **STIPULATION TO CONTINUE
          v.                                  )   FEBRUARY 10, 2011 FURTHER CASE
14                                            )   MANAGEMENT CONFERENCE TO
    MOHAMMAD AKRAM CHOWDRY, an                )   FEBRUARY 17, 2011 AND REQUEST
15  Individual; HI-TECH VENTURE PARTNERS,     )   THAT FURTHER CASE
    LLC, a Delaware Limited Liability Company;)   MANAGEMENT CONFERENCE BE
16  HI-TECH ASSOCIATES, LLC, a California     )   CONDUCTED BY TELEPHONE AND
    Limited Liability Company; and DOES 1-50, )   [PROPOSED] ORDER THEREON**
                                              )
17                         Defendants.        )   Current Date: February 10, 2011
                                              )   Time:         10:00 a.m.
18                                            )   Dept.:        Courtroom 3, 17th Floor
                                              )   Judge:        Hon. Richard Seeborg
19                                            )
                                              )
20                                            )
                                              )
21  _____ )

-1-
CASE NO. CV 09-01479 RS
**STIPULATION TO CONTINUE FEBRUARY 10, 2011 FURTHER CASE MANAGEMENT CONFERENCE
TO FEBRUARY 17, 2011 AND REQUEST THAT FURTHER CASE MANAGEMENT CONFERENCE BE
CONDUCTED BY TELEPHONE AND [PROPOSED] ORDER THEREON**

WHEREAS, the Further Case Management Conference scheduled in this matter on January 20, 2011 was not held;

WHEREAS, a Further Case Management Conference has been scheduled in this matter for February 10, 2011;

WHEREAS, counsel for Defendants will, pursuant to Court Order, be attending an out-of-state deposition in another matter on February 10, 2011;

WHEREAS, the parties are working cooperatively to schedule certain events and deadlines in this matter;

WHEREAS, the parties request that they be allowed to appear by telephone at the Further Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND RESPECTFULLY REQUESTED by the undersigned Parties, as follows:

1. That the Further Case Management Conference be continued from February 10, 2011 to **Thursday, February 17, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco; and

2. That the Further Case Management Conference on February 17, 2011 be conducted by telephone and that the parties be allowed to appear telephonically.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated: January 31, 2011.

Respectfully submitted,

LAW OFFICES OF MICHAEL Q. EAGAN

By:_____/s/_____
THOMAS H. MANULKIN

Attorneys for defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates

Dated: January 31, 2011.

Respectfully submitted,

KAUFMAN DOLOWICH VOLUCK & GONZO

By: /s/
MICAH D. FARGEY

Attorneys for plaintiff Perdana Capital (Labaun), Inc.

I, Thomas H. Manulkin, of the Law Offices of Michael Q. Eagan, whose ID and password are being used to file this Stipulation and [Proposed] Order, hereby, attest, in accordance with General Order 45 X(B), that Micah D. Fargey of Kaufman Dolowich Voluck and Gonzo, LLP has concurred in this filing

Dated: January 31, 2011.

Respectfully submitted,

LAW OFFICES OF MICHAEL Q. EAGAN

By: /s/
THOMAS H. MANULKIN

Attorneys for defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 2/3, 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE