Michael Q. Eagan (CA #63479)
Thomas H. Manulkin (CA #229630)
LAW OFFICES OF MICHAEL Q. EAGAN
Three Embarcadero Center
Eighth Floor
San Francisco, California  94111
Telephone:   (415) 765-4600
Fax:              (415) 765-4659

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMAD AKRAM CHOWDRY, an Individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, LLC, a California Limited Liability Company; and DOES 1-50,<br><br>　　　　　　　　　Defendants. | CASE NO. CV 09-01479 RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTES** |

**WHEREAS**, on June 28, 2011 the parties in the above captioned matter filed, in accordance with Magistrate Judge Joseph C. Spero's Standing Order, a Joint Letter with respect to several discovery disputes between the parties (Docket # 137);

**WHEREAS**, the parties requested in the Joint Letter that the Court defer any action on the discovery disputes until such time that (i) the parties presented a Stipulation and [Proposed] Order or (ii) the parties informed the Court that they were unable to reach agreement;

**WHEREAS**, the parties have reached agreement with respect to the discovery issues and disputes addressed in the Joint Letter, as set forth herein;.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the undersigned parties that:

1. Plaintiff Perdana Capital (Labuan), Inc., ("plaintiff" or "Perdana") shall, within 10 days of the entry of this Stipulation and [Proposed] Order:

    a. produce all minutes of and presentations to the Kumpulan Modal Perdana ("KMP") Board of Directors, the Hi-Tech Venture Capital, L.P. ("HTVC") Board of Limited Partners, the Malaysian Ministry of Finance, the Auditor General of Malaysia, or any other governmental entity, ministry or division, that in any way references (i) HTVC, (ii) Hi-Tech Venture Partners, LLC ("HTVP"), (iii) Hi-Tech Associates, LLC ("HTA"), (iv) Mohammad Akram Chowdry ("Chowdry"), (v) the transfer of technology to or the technological development of Malaysia in connection with HTVC, (vi) the role, function, duties and/or responsibilities of Mohammad Hazani bin Hassan ("Hazani") and/or Shahril Anwar Yunos ("Shahril") while working at HTVC, HTVP or HTA, or (vii) the goals of plaintiff or KMP with respect to any of the foregoing subjects;

    b. search all KMP and Perdana computers, including those in storage, and produce all relevant documents and communications, including, without

limitation, all documents or communications that in any way reference (i) HTVC, (ii) HTVP, (iii) HTA, (iv) Chowdry, (v) the transfer of technology to or the technological development of Malaysia in connection with HTVC, (vi) the role, function, duties and/or responsibilities of Hazani and/or Shahril while working at HTVC, HTVP or HTA, or (vii) the goals of plaintiff or KMP with respect to any of the foregoing subjects;

c. produce the two corrupted hard drives, as testified to by Hazani and Shahril at their depositions;

d. produce the thumb drive onto which Hazani copied the materials stored on the computers used by Hazani while at HTVC, as testified to by Hazani at his deposition;

e. produce all communications and documents related to the HTVC email account administered by Yahoo, including, without limitation, the default on the account for lack of payment and the closing of the account;

f. produce the SST computer that Shahril took back to Malaysia, as testified to at his deposition;

g. produce all documents in Shahril's and Hazani's KMP employment or personnel files, as testified to at their depositions, relating to HTVC or HTVP, including, without limitation, all documents comprising or relating to the "KPI indexes";

h. produce all documents and communications related to Tan Sri Datuk Dr. Omar Abdul Rahman's ("Rahman") attempt to take over KMP, as testified to at plaintiff's deposition;

i. after the production of all materials identified above, confirm in writing that all such materials have been produced that were locatable after a

diligent search of all locations at which such materials might plausibly exist, including any computerized files, emails, voice mails, work files, desk files, calendars, and diaries, and any other locations and sources if materials of the type produced might plausibly be expected to be found there; and

    j.    produce Hazani, Shahril and Dato' Ramli Abbas ("Ramli") for continued depositions at the offices of defendants' counsel on dates convenient for defendants' counsel.

2. Defendant HTVP shall, within 10 days of the entry of this Stipulation and [Proposed] Order, provide further responses to plaintiff's Special Interrogatories Nos. 10 and 11 related to communications with "prospective portfolio companies" with the understanding that the phrase "prospective portfolio companies" shall mean and refer to those companies or individuals from whom defendants received formal presentations and requests for investment;

3. To the extent, if any, that any party fails to comply with the requirements of this Stipulation and [~~Proposed~~] Order, a motion to compel such compliance may be filed.

**IT IS SO STIPULATED.**

DATED: July 19, 2011    LAW OFFICES OF MICHAEL Q. EAGAN

By: _____/s_____
Thomas H. Manulkin, Esq.
Attorneys for Defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates, LLC

DATED: July 19, 2011    KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____/s_____
Joseph Kouri
Attorneys for Plaintiff Perdana Capital (Labuan), Inc.

1  I, Thomas H. Manulkin, of the Law Offices of Michael Q. Eagan, whose ID and
2 password are being used to file this Stipulation, hereby attest, in accordance with General Order
3 45, X(B), that Joseph Kouri of Kaufman Dolowich Voluck & Gonzo, LLP, has concurred in this
4 filing.

6  DATED:  July 19, 2011          LAW OFFICES OF MICHAEL Q. EAGAN

7                                 By: _____/s/_____

8                                 Attorneys for Defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ___July 25_____, 2011     UNITED STATES DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE