1 Michael Q. Eagan (CA #63479)
Thomas H. Manulkin (CA #229630)
2 LAW OFFICES OF MICHAEL Q. EAGAN
Three Embarcadero Center
3 Eighth Floor
San Francisco, California 94111
4 Telephone: (415) 765-4600
Fax: (415) 765-4659

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERDANA CAPITAL (LABUAN) INC., a Malaysian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD AKRAM CHOWDRY, an Individual; HI-TECH VENTURE PARTNERS, LLC, a Delaware Limited Liability Company; HI-TECH ASSOCIATES, LLC, a California Limited Liability Company; and DOES 1-50,<br><br>Defendants. | CASE NO. CV 09-01479 RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER WITH RESPECT TO PLAINTIFF PERDANA CAPITAL (LABAUN), INC.'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AS MODIFIED BY THE COURT** |

-1-
CASE NO. CV 09-01479 RS
**STIPULATION AND [PROPOSED] ORDER WITH RESPECT TO PLAINTIFF PERDANA CAPITAL (LABAUN), INC.'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

**WHEREAS**, the Case Management Scheduling Order in this case, dated March 7, 2012, (Docket No. 134) ("Scheduling Order") ordered that "[a]ll pretrial motions must be filed and served pursuant to Civil Local Rule 7 [and] ... shall be heard no later than January 26, 2012";

**WHEREAS**, on December 21, 2011, defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates, LLC (collectively "defendants") filed Motions for Summary Judgment (Docket Nos. 146-155) ("Motions for Summary Judgment") with a hearing date of January 26, 2012;

**WHEREAS**, on December 23, 2011, plaintiff Perdana Capital (Labaun), Inc. ("plaintiff") filed an *Ex Parte* Application for an Order Continuing Hearing on Defendants' Motions for Summary Judgment (Docket No. 156) ("Application");

**WHEREAS**, on December 26, 2011, defendants filed a Notice of Intent to File a Response to the Application (Docket No. 157);

**WHEREAS**, on December 27, 2011, defendants filed a Response to the Application (Docket No. 158);

**WHEREAS**, the parties have met and conferred with respect to the issues raised in the Application;.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND RESPECTFULLY REQUESTED** by the undersigned parties, as follows:

1. That the hearing on defendants' Motions for Summary Judgment be continued from January 26, 2012 to **Thursday, February 9, 2012 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco;

2. That plaintiff's oppositions to defendants' Motions for Summary Judgment shall be filed and served no later than January 11, 2012;

3. That defendants' replies to plaintiff's oppositions to defendants' Motions for Summary Judgment shall be filed and served no later than January 19, 2012;

4. That this Stipulation and [Proposed] Order shall have no effect on any deadlines with respect to any other pretrial motion, and, in particular, that the deadlines and requirements with respect to pretrial motions established by the Scheduling Order shall otherwise remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: December 28, 2011     LAW OFFICES OF MICHAEL Q. EAGAN

By: _____/s_____
Thomas H. Manulkin

Attorneys for Defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates, LLC

DATED: December 28, 2011     KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By: _____/s_____
Joseph Kouri

Attorneys for Plaintiff Perdana Capital (Labuan), Inc.

I, Thomas H. Manulkin, of the Law Offices of Michael Q. Eagan, whose ID and password are being used to file this Stipulation, hereby attest, in accordance with General Order 45, X(B), that Joseph Kouri of Kaufman Dolowich Voluck & Gonzo, LLP, has concurred in this filing.

DATED: December 28, 2011     LAW OFFICES OF MICHAEL Q. EAGAN

By: _____/s_____
Thomas H. Manulkin, Esq.

Attorneys for Defendants Mohammad Akram Chowdry, Hi-Tech Venture Partners, LLC and Hi-Tech Associates, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: __12/28/11_____

_____
Hon. Richard Seeborg
United States District Judge

-4-
CASE NO. CV 09-01479 RS
**STIPULATION AND [PROPOSED] ORDER WITH RESPECT TO PLAINTIFF PERDANA CAPITAL (LABAUN), INC.'S** *EX PARTE* **APPLICATION FOR AN ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**