AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Perdana Capital (Labuan), Inc.
          Plaintiff (s),
V.
Mohamad Akram Chowdry, et al.,
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 09-CV-1479 RS

Notice is hereby given that, subject to approval by the court, __Pltf. Perdana Capital (Labuan), Inc.,__ substitutes (Party (s) Name)

__Coffino Law Group, by Michael J. Coffino__, State Bar No. __88109__ as counsel of record in
(Name of New Attorney)

place of __Kaufman Dolowich Voluck & Gonzo, LLP, by Joseph J. DeHope Jr., Stephen M. Caine, and Joseph A. Kouri__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Coffino Law Group |
| Address: | 201 Spear St., Suite 1100, San Francisco, CA 94105 |
| Telephone: | (415) 426-3530        Facsimile (415) 426-3531 |
| E-Mail (Optional): | mcoffino@coffinolawgroup.com |

I consent to the above substitution.
Date: July 15, 2012

SHAHRIL ANWAR MOHD GUNOS
(Signature of Party (s))

I consent to being substituted.
Date: 7/13/2012

STEPHEN CAINE, FOR KDVG
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 19, 2012

Michael Coffino
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/25/12

Richard Seeborg
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]