FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PERDANA CAPITAL (LABUAN), INC., a Malaysian corporation,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>MOHAMMAD AKRAM CHOWDRY, an individual; et al.,<br><br>    Defendants - Appellees. | No. 12-16075<br><br>D.C. No. 3:09-cv-01479-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

    Pursuant to the stipulation of the parties, this appeal is dismissed without prejudice to reinstatement by December 31, 2014. Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator by December 31, 2014. If no notice of reinstatement is filed and served by December 31, 2014, this appeal will be deemed dismissed with prejudice.

    A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation